FILE COPY

No. 07-20-00358-CR

| | | |
|---|---|---|
| Jamie Lee Burns a/k/a Jamie Lee Nelson | § | From the 316th District Court of Hutchinson County |
| Appellant | § | |
| v. | § | April 15, 2021 |
| The State of Texas | § | Opinion Per Curiam |
| Appellee | | |

## J U D G M E N T

Pursuant to the opinion of the Court dated April 15, 2021, it is ordered, adjudged, and decreed that the appeal is abated and the cause is remanded to the 316th District Court of Hutchinson County, Texas, for further proceedings in accordance with this Court's opinion entered this day.

o O o